# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Von Feldt and
Chau T. Trinh

Case No. Civil 00-1819JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Steven Friendshuh, Thomas L.
McDonnell and Carol McDonnell

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' motion for preliminary injunction is **DENIED**; and plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

DATE: August 24, 2000

FRANCIS E. DOSAL, CLERK

__________________________

Denise La Fond, Deputy Clerk