**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KEVIN VON FELDT, et al.,

Plaintiffs,

v.

STEVEN FRIENDSHUH, et al.,

Defendants.

Civil No. 00-1819 JRT/FLN

**ORDER**

---

Steven T. Appelget, APPELGET LAW OFFICE, 1102 Grand Avenue, St. Paul, MN 55105, for plaintiff.

James W. Flory, WILEY COLBERT NORSENG CRAY & HERRELL, 21 Barstow Street South, Eau Claire, WI 54701, for defendant.

This matter is before the Court on plaintiff's motion for order releasing the $500.00 bond posted in this case per the Order of the Court, dated August 14, 2000. This case was closed on August 24, 2000. Therefore, the Court finds good cause to return to the plaintiff the bond amount he posted on August 14, 2000.

Based upon plaintiff's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the plaintiff's motion for order releasing the $500.00 bond posted on August 14, 2000 (docket no. 14) is **GRANTED.** The Clerk of Court is hereby **DIRECTED** to return said bond to plaintiff.

Dated: February 5, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED FEB 0 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK